IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 SEP 22  PM 2: 10

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CHRISTOPHER LAUNDRIE,<br><br>Defendant. | No.  21-CR-113-S<br><br>Ct 1:  18 U.S.C. § 1029(a)(2)<br>(Use of Unauthorized Access Devices) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

From on or about August 30, 2021, through and including on or about September 1, 2021, in the District of Wyoming and elsewhere, the Defendant, **BRIAN CHRISTOPHER LAUNDRIE**, knowingly and with intent to defraud, used one or more unauthorized access devices, namely a Capitol One Bank debit card ending in 8774 and a personal identification number for Capital One Bank accounts ending in 0525 and 8665, and by such conduct obtained things of value aggregating to $1,000 or more during that period, which affected interstate commerce.

In violation of 18 U.S.C. § 1029(a)(2), (c)(1)(A)(i).

A TRUE BILL:

/s/ Ink Signature on File with Clerk's Office
FOREPERSON

L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**  BRIAN CHRISTOPHER LAUNDRIE

**DATE:**  September 20, 2021

**INTERPRETER NEEDED:**  No

**VICTIM(S):**  Yes

**OFFENSE/PENALTIES:**

Ct: 1  **18 U.S.C. § 1029(a)(2)**
(Using or Trafficking in Unauthorized Access Devices)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**
0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**AGENT:**  Scott Jensen, FBI

**AUSA:**  Nicole M. Romine, Chief, Criminal Division

**ESTIMATED TIME OF TRIAL:**  More than 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**  Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**  No