Nicole M. Romine
Wyoming State Bar No. 7-5935
Chief, Criminal Division
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
nicole.romine@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 SEP 22 PM 2: 10

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-113-S |
| BRIAN CHRISTOPHER LAUNDRIE, | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **Serious risk Defendant will flee**
> **Serious risk obstruction of justice**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

> **Defendant's appearance as required**
> **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 22nd day of September, 2021.

                                        L. ROBERT MURRAY  
                                      Acting United States Attorney

By: _____  
      NICOLE M. ROMINE  
      Chief, Criminal Division