Nicole M. Romine
Wyoming State Bar No. 7-5935
Chief, Criminal Division
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
nicole.romine@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 SEP 22 PM 2: 10

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 21-CR-113-S |
| **BRIAN CHRISTOPHER LAUNDRIE,** | |
| Defendant. | |

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **BRIAN CHRISTOPHER LAUNDRIE**

DATED this 22nd day of September, 2021.

L. ROBERT MURRAY
Acting United States Attorney

By: _____
NICOLE M. ROMINE
Chief, Criminal Division

BOND SET AT: Detain

_____
KELLY H. RANKIN
Chief United States Magistrate Judge