Nicole M. Romine
Wyoming State Bar No. 7-5935
Chief, Criminal Division
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
nicole.romine@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 21-CR-113-S |
| **BRIAN CHRISTOPHER LAUNDRIE,** | |
| Defendant. | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States moves for an order sealing the Indictment until such time as the Defendant is in custody or has been released pending trial.

DATED this 22nd day of September, 2021

L. ROBERT MURRAY
Acting United States Attorney

By: _____
NICOLE M. ROMINE
Chief, Criminal Division