# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 21-CR-113-S |
| BRIAN CHRISTOPHER LAUNDRIE, | |
| Defendant. | |

## ORDER GRANTING MOTION TO SEAL INDICTMENT

The United States has filed a motion to seal the Indictment pursuant to Federal Rule of Criminal Procedure 6(e)(4). The motion is hereby GRANTED.

Pursuant to Rule 6(e)(4), the Court hereby ORDERS and directs the clerk's office to seal the Indictment until the Defendant is in custody or has been released pending trial. Under the Rule, no person may disclose the Indictment's existence except as necessary to issue or execute a warrant or summons. To effect this prohibition, the Court further ORDERS and directs the clerk's office to seal the entire case until it unseals the Indictment. Among other things, this should prevent outside users from accessing case-related information or materials via CM/ECF. If the Defendant makes his initial appearance in another district, the clerk's office in that district may unseal the Indictment and case consistent with this Order.

SO ORDERED this 22nd day of September, 2021.

KELLY H. RANKIN
Chief United States Magistrate Judge