Nicole M. Romine
Wyoming State Bar No. 7-5935
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
nicole.romine@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 SEP 23  PM 4: 00

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CHRISTOPHER LAUNDRIE,<br><br>Defendant. | No.     21-CR-113-S<br><br>Ct 1:   18 U.S.C. § 1029(a)(2)<br>         (Use of Unauthorized Access<br>         Devices) |

## MOTION TO UNSEAL CASE

The United States, by and through its attorney, Nicole M. Romine, Assistant United States Attorney for the District of Wyoming, respectfully moves this Court for an order unsealing this case on the grounds that (1) law enforcement has articulated a reasonable belief that unsealing the indictment will assist in locating the Defendant and (2) the government has no reason to believe that unsealing the indictment will create any public safety or investigative concern.

DATED this 23rd day of September, 2021.

L. ROBERT MURRAY
Acting United States Attorney

By: _____
Nicole M. Romine
Chief, Criminal Division
Assistant United States Attorney