IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 SEP 23 PM 4:00
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-CR-113-S |
| Plaintiff, | |
| v. | Ct 1: 18 U.S.C. § 1029(a)(2) (Use of Unauthorized Access Devices) |
| BRIAN CHRISTOPHER LAUNDRIE, | |
| Defendant. | |

## ORDER UNSEALING CASE

**THIS MATTER** comes before the Court on the motion of the United States to unseal this case. The Court, having been fully advised and informed, **FINDS** that said motion should be granted.

**IT IS HEREBY ORDERED** that this case be, and hereby is, unsealed.

**DATED** this 23rd day of September, 2021.

_____
KELLY H. RANKIN
Chief United States Magistrate Court Judge