AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

**FILED**

2:47 pm, 9/22/21

**Margaret Botkins
Clerk of Court**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    21-CR-113-S |
| BRIAN CHRISTOPHER LAUNDRIE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BRIAN CHRISTOPHER LAUNDRIE                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1029(a)(1) - Use of Unauthorized Access Devices

Date:      09/22/2021                                                                          
                                                                                          *Issuing officer's signature*

City and state:      Cheyenne, Wyoming                                        Kelly H. Rankin, Chief Magistrate Judge
                                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                   _____
                                                                                          *Arresting officer's signature*

                                                                                          _____
                                                                                          *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                      Weight:

Sex:                                          Race:

Hair:                                         Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: