Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010
307-261-5434 (phone)
307-261-5471 (fax)
stephanie.sprecher@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Criminal No. 21-CR-113-S** |
| **BRIAN CHRISTOPHER LAUNDRIE,** | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as attorney of record in this case for the United States of America.

**DATED** this 30th day of September, 2021.

        Respectfully submitted,

        L. ROBERT MURRAY
        Acting United States Attorney

By:   */s/ Stephanie I. Sprecher*
      STEPHANIE I. SPRECHER
      Assistant United States Attorney