Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434 (phone)
stephanie.sprecher@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIAN CHRISTOPHER LAUNDRIE,**<br><br>Defendant. | Criminal No. 21-CR-113-S |

### MOTION FOR LEAVE OF COURT TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT BRIAN CHRISTOPHER LAUNDRIE WITH PREJUDICE

The United States Attorney for the District of Wyoming moves the Court for leave to file a dismissal with prejudice of the Indictment against the Defendant Brian Christopher Laundrie in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. On December 6, 2021, the United States secured Brian Laundrie's certified Death Certificate and has met its obligations under 18 U.S.C. § 3771 (Crime Victims' Rights Act).

**DATED** this 25th day of January, 2022.

                                                L. ROBERT MURRAY
                                              United States Attorney


                         By:    */s/ Stephanie I. Sprecher*
                                  STEPHANIE I. SPRECHER
                                  Assistant United States Attorney