# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIAN CHRISTOPHER LAUNDRIE,**<br><br>Defendant. | **Criminal No. 21-CR-113-S** |

## ORDER GRANTING LEAVE TO FILE DISMISSAL OF INDICTMENT AS TO DEFENDANT BRIAN CHRISTOPHER LAUNDRIE WITH PREJUDICE

After due consideration of the United States' Motion for Leave to File Dismissal, the Court hereby grants the United States Attorney leave to file a dismissal with prejudice of the Indictment against the Defendant, Brian Christopher Laundrie, for the reason that the Defendant is deceased.

**DATED** this _____ day of January, 2022.

SCOTT W. SKAVDAHL
Chief Judge, United States District Court