Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434 (phone)
stephanie.sprecher@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 21-CR-113-S** |
| **BRIAN CHRISTOPHER LAUNDRIE,** | |
| Defendant. | |

## DISMISSAL OF INDICTMENT AS TO DEFENDANT
## BRIAN CHRISTOPHER LAUNDRIE WITH PREJUDICE

Having obtained leave of the Court pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, the United States Attorney dismisses with prejudice the Indictment against the

Defendant, Brian Christopher Laundrie.

**DATED** this 26th day of January, 2022.

> L. ROBERT MURRAY
> United States Attorney
>
> By:     */s/ Stephanie I. Sprecher*
>           STEPHANIE I. SPRECHER
>           Assistant United States Attorney